11th
Court of Appeals

                                                                  Eastland,
Texas

                                                                        Opinion

 

Timothy Lynn
Hall

Appellant          

Vs.                   No. 11-05-00018-CR -- Appeal
from Harris County

State of Texas

Appellee

 

Timothy
Lynn Hall has filed in this court a motion to withdraw his notice appeal.  Appellant states in his motion that he does
not wish to continue to prosecute the appeal in this case.  The motion is signed by both appellant and
his counsel.

The
motion is granted, and the appeal is dismissed.

 

PER CURIAM

 

September 22,
2005

Do not
publish.  See TEX.R.APP.P.
47.2(b).

Panel consists of:  Wright, J., and McCall, J.[1]











[1]W. G. Arnot, III, Chief Justice,
retired effective July 31, 2005.  The
chief justice position is vacant.